UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:14-cr-400-T-17EAJ

STACY LYNN IVEY

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's

Motion for a Preliminary Order of Forfeiture for the following assets:

a.   An HP model G71 notebook computer, Serial Number
     CNF012BTJQ;

b.   A Systemax Ascent desktop computer, Serial Number
     105460828;

c.   A SanDisk Cruzer Edge USB drive; and

d.   11 discs (CDs and DVDs).

Being fully advised of the relevant facts, the Court hereby finds that the

assets identified above were used or intended to be used to receive and possess

child pornography as charged in the Indictment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED.

CASE NO. 8:14-cr-400-T-17EAJ

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this _16th_ day of _April_, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record